# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-151-FDW-DCK

| | |
|---|---|
| CAROLINA GLOVE COMPANY and CARRIE UNDERWOOD, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER** |
| | ) |
| R&L TRUCKLOAD SERVICES, LLC, d/b/a R&L CARRIERS, R&L GLOBAL LOGISTICS and R&L TRUCKING, | )<br>)<br>)<br>) |
| Defendant/Third-Party Plaintiff. | ) |
| | ) |
| v. | )<br>) |
| CR EXPRESS TRUCKING LLC, MINAS M MINASYAN, Individually and d/b/a PASHA TRUCKING, and TREASURE TRANSPORTATION, INC., | )<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 37) filed by Kevin P. Branch, concerning Scott W. McMickle on January 9, 2018. Mr. Scott W. McMickle seeks to appear as counsel *pro hac vice* for Third Party Defendants Minas M. Minasyan, Individually and d/b/a Pasha Trucking. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 37) is **GRANTED.** Mr. Scott W.

McMickle is hereby admitted *pro hac vice* to represent Third Party Defendants Minas M. Minasyan, Individually and d/b/a Pasha Trucking.

**SO ORDERED**.

Signed: January 9, 2018

David C. Keesler
United States Magistrate Judge